# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

CEDRIC ARNETT, et al.,

    Plaintiffs,

vs.                                No. 01-2149-D-An

DOMINO'S PIZZA I, L.L.C. d/b/a
DOMINO'S PIZZA and
DOMINO'S PIZZA, INC. d/b/a
DOMINO'S PIZZA,

    Defendants.

## ORDER

This matter having come before the Court, upon motion of the plaintiffs, by and through their counsel, for an Order to Correct Filing and upon argument of counsel the Court finds that said motion is well-taken and should be granted.

**IT IS, THEREFORE, ORDERED** that docket entries 119 (Motion to Extend all Deadlines and to Join in Domino's Pizza, L.L.C.'s Emergency Motion to Set Rule 16(b) Scheduling Conference) and 120 (Order Referring Motion to Extend all Deadlines and to Join in Domino's Pizza, L.L.C.'s Emergency Motion to Set Rule 16(b) Scheduling Conference) filed erroneously in the Case No. 00-2577 DV (Moore, et al. vs. Domino's Pizza, L.L.C., et al.) shall be construed as filed correctly in Case No. 01-0249 D-An (Arnette, et al. vs. Domino's Pizza, L.L.C., et al.)

ORDERED this the _24th_ day of April, 2005.

                                                      U.S. District Judge

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on _4-28-05_

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 64 in case 2:01-CV-02149 was distributed by fax, mail, or direct printing on April 28, 2005 to the parties listed.

---

Kathleen L. Caldwell
LAW OFFICE OF KATHLEEN L. CALDWELL
2080 Peabody Ave.
Memphis, TN 38104

Gregory D. Cotton
COTTON LAW FIRM
6263 Poplar Avenue
Ste. 1032
Memphis, TN 38119

Jonathan C. Hancock
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

James W. Hodges
HODGES & HODGES
5100 Poplar Avenue
Ste. 610
Memphis, TN 38137

James W. Hodges
HODGES & HODGES
5100 Poplar Avenue
Ste. 610
Memphis, TN 38137

Jim N. Raines
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT