# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

**CEDRIC ARNETT, et al.,**

      Plaintiffs,

vs.

**DOMINO'S PIZZA, L.L.C., d/b/a
DOMINO'S PIZZA and
DOMINO'S PIZZA INC., db/a
DOMINO'S PIZZA,**

      Defendants.

Case No. 01-2149 D AN

## ORDER OF REFERENCE

Before the court is Plaintiffs' Motion to Extend All Deadlines and to Join in Domino's Pizza, L.L.C's Emergency Motion to Set Rule 16(b) Scheduling Conference filed on March 24, 2005, in this case.

This matter is hereby referred to the United States Magistrate Judge for a Determination, and to conduct a scheduling conference. Any exceptions to the Magistrate Judge's order shall be made by motion within ten (10) days of the order. Further, all exceptions shall be stated with particularity.

IT IS SO ORDERED this 25 day of April 2005.

BERNICE B. DONALD
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 4-28-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 65 in case 2:01-CV-02149 was distributed by fax, mail, or direct printing on April 28, 2005 to the parties listed.

---

Kathleen L. Caldwell
LAW OFFICE OF KATHLEEN L. CALDWELL
2080 Peabody Ave.
Memphis, TN 38104

Gregory D. Cotton
COTTON LAW FIRM
6263 Poplar Avenue
Ste. 1032
Memphis, TN 38119

Jonathan C. Hancock
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

James W. Hodges
HODGES & HODGES
5100 Poplar Avenue
Ste. 610
Memphis, TN 38137

James W. Hodges
HODGES & HODGES
5100 Poplar Avenue
Ste. 610
Memphis, TN 38137

Jim N. Raines
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT