IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| **CEDRIC ARNETT, et al.,** | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | NO.  01-2149 D/An |
| | ) | |
| **DOMINO'S PIZZA, LLC d/b/a** | ) | |
| **DOMINO'S PIZZA, et al.,** | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Before the Court is Plaintiffs' Motion to Extend All Deadlines and to Join in Domino's Pizza LLC's Emergency Motion to Set Rule 16(b) Scheduling Conference filed on March 24, 2005.  United States District Judge Bernice B. Donald referred this matter to the Magistrate Judge for determination and to conduct a scheduling conference.

It is therefore **ORDERED** that the parties shall appear for a scheduling conference to be held before United States Magistrate Judge S. Thomas Anderson on **WEDNESDAY, JUNE 1, 2005 at 10:30 A.M.** in Courtroom M-3, 9th Floor, Federal Building, Memphis, Tennessee. Counsel shall confer and submit a proposed Scheduling Order to the undersigned's chambers at least 24 hours before the conference.

**IT IS SO ORDERED.**

S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

Date: May 25, 2005

1

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 5-26-05

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 66 in case 2:01-CV-02149 was distributed by fax, mail, or direct printing on May 26, 2005 to the parties listed.

---

Kathleen L. Caldwell
LAW OFFICE OF KATHLEEN L. CALDWELL
2080 Peabody Ave.
Memphis, TN 38104

Jim N. Raines
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Gregory D. Cotton
COTTON LAW FIRM
6263 Poplar Avenue
Ste. 1032
Memphis, TN 38119

James W. Hodges
HODGES & HODGES
5100 Poplar Avenue
Ste. 610
Memphis, TN 38137

James W. Hodges
HODGES & HODGES
5100 Poplar Avenue
Ste. 610
Memphis, TN 38137

Jonathan C. Hancock
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT