FILED BY _____ D.C.

05 SEP -9 PM 3: 53

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN - MEMPHIS

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

CEDRIC ARNETT, et al.,

    Plaintiffs,

Case No.: 01-2149 D V

v.

DOMINO'S PIZZA INC., et al.,

    Defendants.

## ORDER GRANTING PLAINTIFFS' MOTION FOR JUDICIAL SETTLEMENT CONFERENCE AND REFERRING CASE TO THE MAGISTRATE JUDGE

It appearing to the Court for good cause shown that Plaintiffs' Motion for a Judicial Settlement Conference is well-taken; it is therefore

ORDERED ADJUDGED AND DECREED that this matter is referred to the Magistrate Judge to conduct a settlement conference.

**IT IS SO ORDERED** this 9th day of September, 2005.

                BERNICE BOUIE DONALD
                UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on _____

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 75 in case 2:01-CV-02149 was distributed by fax, mail, or direct printing on September 12, 2005 to the parties listed.

---

Jim N. Raines
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

James W. Hodges
HODGES & HODGES
5100 Poplar Avenue
Ste. 610
Memphis, TN 38137

James W. Hodges
HODGES & HODGES
5100 Poplar Avenue
Ste. 610
Memphis, TN 38137

Jonathan C. Hancock
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Gregory D. Cotton
COTTON LAW FIRM
6263 Poplar Avenue
Ste. 1032
Memphis, TN 38119

Kathleen L. Caldwell
LAW OFFICE OF KATHLEEN L. CALDWELL
2080 Peabody Ave.
Memphis, TN 38104

Honorable Bernice Donald
US DISTRICT COURT