IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.

05 SEP 15 PM 2: 53

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | | |
|---|---|---|
| CEDRIC ARNETT, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | NO.: 01-2149-D-An |
| | ) | |
| DOMINO'S PIZZA INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER SETTING SETTLEMENT CONFERENCE

Pursuant to the Order of Reference entered by United States District Court Judge Bernice Bouie Donald, a Settlement Conference has been scheduled for **WEDNESDAY, OCTOBER 19, 2005** at **10:00 A.M.** in Room 934, Ninth Floor of the Federal Building, 167 N. Main, Memphis, Tennessee.

The lead attorney who will try the case for each party must appear. In addition, the parties or representatives of corporate parties must be present at the conference and must possess **full authority** to approve any settlement. If any part of the potential liability of a party is insured, or subject to idenmnity, a representative of an insurer or indemnitor with authority to pay the full policy of indemnity limits, must also be present at the conference.

Counsel shall submit to chambers, not later than five (5) days before the scheduled settlement conference, an **in camera** statement which shall include a statement of the case,

1

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _____

strengths and weaknesses for each party; citations to relevant legal authority, amount and explanation of damages claimed, current status of settlement discussions and a brief summary of any expert testimony that would likely be introduced at trial by any party. Counsel are invited to include any other matters that might assist the Magistrate Judge in negotiating a settlement. Such statements shall be for the court's review only and a copy shall **not** be provided to opposing parties. Counsel shall fax a copy of the **in camera** statement to my chambers in Jackson at (731) 421-9272.

Counsel and representatives of the parties shall be prepared to stay the entire day if necessary.

**IT IS SO ORDERED.**

S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

Date: September 13, 2005

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 76 in case 2:01-CV-02149 was distributed by fax, mail, or direct printing on September 16, 2005 to the parties listed.

---

Jim N. Raines
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

James W. Hodges
HODGES & HODGES
5100 Poplar Avenue
Ste. 610
Memphis, TN 38137

James W. Hodges
HODGES & HODGES
5100 Poplar Avenue
Ste. 610
Memphis, TN 38137

Jonathan C. Hancock
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Gregory D. Cotton
COTTON LAW FIRM
6263 Poplar Avenue
Ste. 1032
Memphis, TN 38119

Kathleen L. Caldwell
LAW OFFICE OF KATHLEEN L. CALDWELL
2080 Peabody Ave.
Memphis, TN 38104

Honorable Bernice Donald
US DISTRICT COURT