IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

CEDRIC ARNETT, et al.,

    Plaintiffs,

vs.      Civil Action No. 2:01-CV-02149-BBD

DOMINO'S PIZZA INC., et al.,

    Defendants.

## MOTION TO STAY PROCEEDINGS PENDING JUDICIAL SETTLEMENT CONFERENCE

Come now Plaintiffs by and through their attorneys and hereby move the Court for an order staying all proceedings pending Judicial Settlement Conference and state as follows:

1. That the Court has entered an order granting a very restricted time period to complete fact discovery.

2. That the Plaintiffs have moved for a Judicial Settlement Conference, and said motion is still pending.

3. Plaintiffs believe that the Judicial Settlement Conference would dispose of the case in its entirety, if successful.

4. That inherent in the request for Judicial Settlement Conference was the assumption that all proceedings would be stayed, to avoid additional time and expense.

**MOTION GRANTED**
DATE: 9-26-2005

BERNICE BOUIE DONALD
U.S. DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on _____

5. That the relief requested herein will promote the likelihood of settlement.

**WHEREFORE PREMISES CONSIDERED** the Plaintiffs move the Court for an order staying all proceedings including completion of discovery, pending Judicial Settlement Conference as heretofore requested. If said settlement conference fails, then a new scheduling order should be promptly put into place.

Respectfully Submitted

By: _/s/ Kathleen L. Caldwell_
Kathleen L. Caldwell, Esq., #9916
2080 Peabody Avenue
Memphis, TN 38104
Telephone: (901) 274-2075
Facsimile: (901) 274-2085

By: _/s/ Gregory D. Cotton_
Gregory D. Cotton, Esq. #013679
6263 Poplar Avenue, Suite 1032
Memphis, TN 38119
Telephone: (901) 683-1215
Facsimile: (901) 683-3181

By: _/s/ James W. Hodges, Jr._
James W. Hodges, Jr., Esq. #99062
5100 Poplar Avenue, Suite 610
Memphis, TN 38137
Telephone: (901) 761-3360
Facsimile: (901) 761-4797

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing **Motion to Stay Proceedings Pending Judicial Settlement Conference** has been served by U.S. Mail, postage prepaid, to the following:

**Jonathan C. Hancock**
**GLANKLER BROWN, PLLC**
**One Commerce Square, #1700**
**Memphis, TN 38103**

This the 20th day of September, 2005.

_____
Certifying Attorney

3

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 80 in case 2:01-CV-02149 was distributed by fax, mail, or direct printing on September 27, 2005 to the parties listed.

---

Jim N. Raines
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Jonathan C. Hancock
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Gregory D. Cotton
COTTON LAW FIRM
6263 Poplar Avenue
Ste. 1032
Memphis, TN 38119

James W. Hodges
HODGES & HODGES
5100 Poplar Avenue
Ste. 610
Memphis, TN 38137

Kathleen L. Caldwell
LAW OFFICE OF KATHLEEN L. CALDWELL
2080 Peabody Ave.
Memphis, TN 38104

James W. Hodges
HODGES & HODGES
5100 Poplar Avenue
Ste. 610
Memphis, TN 38137

Honorable Bernice Donald
US DISTRICT COURT